Your honor, I would like to take this opportunity to acknowledge and [ac]cept responsibility for the choices I've made. If given another chance [I] will make up for them. I now see the choices I've made have caused me to [lo]se very valuable time from the people and things that are most important. [My] three children, my family - my life. My choices were impulsive and I never [int]ended for them to become permanent. I have been a very law abiding [an]d stand up citizen for 50 years. In 2010 I started my own trucking company [wh]ich did very well until the economy slipped in 2018. Once I lost my company [I b]egan my battle with depression and eventually addiction. And soon after [tha]t I got addicted to drugs and began to understand that by selling drugs [I c]ould save my home which is the only thing I had left. That's when I got [ar]rested. However since I had never been in trouble I was lucky enough [to] get out on pretrial which gave me the structure I needed to remain [sob]er and hold a legal job which I loved and was good at. While I was [still] on pretrial awaiting sentencing I became scared and felt very alone, I [had] no idea what my life would become. I could control the addiction [bu]t the depression was a different story. And finally in January 2022 [I d]ecided suicide was the only option to end my suffering. I was self-[med]icating to destroy myself on the outside to kill something on the inside [tha]t I could not save. I realize now that I have made mistakes in attempt to [cor]rect mistakes to correct mistakes thinking I had nothing left to live for, my [chi]ldren were grown and moved, I lost my business, I was alone. I have now [star]ted to see all the things I do have to live for. I still have my own home, [a g]ood stable job, a boss who cares for and respects me and is willing to [hel]p me any way he can. I also have my children and parents that need me [as] much as I need them. I understand I will receive a punishment because [I c]ommitted a crime however I would like it to be taken into consideration [I a]m not a career criminal. I would be extremely grateful for the chance to [pro]ve not only to the courts but to myself that I am not a lost cause. I [kn]ow that battling my addiction will be hard and I would love a chance [to] talk to people and share my story and how I got my life back after. [Dru]gs so maybe I could help others. I believe that I would gain more skills [an]d discipline to stay sober and live a normal productive life by being [ab]le to helps others before they go down the [w]rong path.

Thank You Christina Pagliai

## James Nelsen

**From:** mickie pagliai <mickyin42@gmail.com>
**Sent:** Wednesday, February 23, 2022 12:13 PM
**To:** James Nelsen
**Subject:** Christina Pagliai

My daughter Christina Pagliai is a good person who made a really bad mistake.
She has never been in any kind of trouble before this mess. I hope you will take this into consideration when you sentence her.
I am almost 80 years old and hope I will still be here when she gets out of this mess.
Christina has been my life from the day she was born. If I could do her sentence for her, I would, since this is not an option I hope you will be lenient with her at her sentence hearing.
My daughter Christina and I have never been more than a two hour drive from each other since she was born.
Her father is in ill health, he has dementia and is afraid if she is gone too long he may not remember who she is.
Giving her probation and letting her live with me may only be a dream of mine, but sometimes
dreams do come true.

Thank you for taking the time to read this letter.

Mickie T. Pagliai
Christina's Mother

1

February 12th, 2022

    This letter is to the Judge overseeing my mother's, (Christina Anita Pagliai) court case. I understand that my mother is in trouble for some very serious charges. But I am writing to you today to give you a sense of character about my mom.

    My mom has a big heart, she has always been my number one support. Even on my worst days I have always been able to go to her. When I decided I wanted to move to Iowa she drove out to California, helped me load all my stuff, and drove me to Iowa. Even when I decided that I didn't like Iowa snow and moved back to California which I know probably hurt her feelings she told me she loved me and supported my decision. When I told her I was pregnant with my first daughter she was so supportive from the start. She drove back to California to help me get settled the first week with my baby. My mom has always supported me emotionally and always tried her best to help everyone she cares about.

    When my grandfather was struggling financially she sold her horse to help him. When my grandma sold her home my mom painted it for her to help the sale. Even now she asks me to look over both my grandparents and brothers.

    It is my belief that my mother made a poor decision trying to find financial solutions. She has no previous criminal background and has never done anything like this in the past. I know that she regrets this choice. We have had many conversations about what she wishes she had done differently. Just this week I video chatted with her as she held back tears while telling me that she most likely won't get to see her parents again. And apologizing to me for having to handle things while she is in prison. She cried that her grandchildren will not know her until they are almost grown and that she is embarrassed by the choice she made.

    I understand that what she did was serious and that she will have to do time for it. But I ask that you show leniency. If there are any programs or probation, possibly an ankle monitor, that she can serve to lessen her sentence or at least make it possible for her grandchildren to visit her I have assured my mom that once her time is over and she serves her time in a halfway home that I have a stable home that she can come to.

    It is my hope that this letter has given you a sense of my mothers character to understand her as more than just a number. I miss her dearly and hope that she won't miss out on too much of my childrens lives.

Sincerely,

Chantel Carter

## James Nelsen

**From:** mickie pagliai <mickyin42@gmail.com>
**Sent:** Wednesday, February 23, 2022 11:44 AM
**To:** James Nelsen
**Subject:** Christina Pagliai

This letter is about my mother Christina Pagliai.
She is a good person with a good heart, but sometimes she gets taken advantage of with her misplaced trust.
Like any child and adult relation we disagree on some things, but I love my mother and hope that she will not be away from me too long.
Giving her probation and letting her with my grandmother would be wonderful for our family.
I know that this may not be possible, but I can hope for it.


Thank you
Chance and Chase Pagliai
Christina's Sons

February 25, 2022

To Whom it May Concern

I have known Christina Pagliai for 12 years, she is a close friend, in addition to working very hard for me, helping me run my trucking, pet food, and antique businesses. She has an excellent working knowledge and has experience in all these industries, and has become a valuable asset to the success of these businesses.

We were just beginning to implement expansion plans, when she got sick in July of 2021, then ran into the trouble she is in now, this has slowed the long range plans we were working on, until she can get back helping me.

Sentencing her to prison for her mistake, which she has taken responsibility for, would not be in the best interest of society, herself, or myself, she needs to be busy, using her knowledge and expertise to further expand our current business ventures.

I feel knowing her as I do, supervised probation would produce a better and more productive member of society, than imprisoning her for any length of time.

Thank you for your consideration,

*Jeff Fight*

Jeff Fight
President/Allmine Group